UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WHITNEY BROCK                            CIVIL ACTION NO. 23-cv-1454

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

GREGG ORR ET AL                  MAGISTRATE JUDGE HORNSBY

**SUPPLEMENT TO REPORT AND RECOMMENDATION**

The undersigned issued a report and recommendation that described proceedings in a prior case, <u>Whitney Brock v. Gregg Orr</u>, 22-cv-1039, and stated that Judge Hicks had (1) dismissed the federal claims in that case with prejudice and (2) dismissed any state law claims without prejudice because the court declined to exercise supplemental jurisdiction over them. The undersigned found that the claims asserted by Plaintiff in this new suit consist of only state law claims, so it was recommended that this civil action be remanded to state court.

Defendant Gregg Orr filed an objection and stated that he does not disagree with the determination that this second suit brings only state law claims (notwithstanding some references to federal law in the petition) and that this court lacks subject matter jurisdiction. He also stated that he is not asking the court to reject the remand recommendation.

Orr objected to point out that Judge Hicks, in the prior case, granted a motion to alter or amend the judgment. Rather than declining to exercise supplemental jurisdiction over the state law claims asserted against Orr in that first suit (and dismissing them without prejudice), Judge Hicks determined that because diversity jurisdiction was alleged the

claims should be addressed on the merits. He then held that the complaint did not allege facts against Mr. Orr that could state a claim on which relief could be granted, so any state law claims against Mr. Orr were dismissed with prejudice.

Mr. Orr is correct that the report and recommendation stated incorrectly that the state law claims in the prior action were dismissed without prejudice. It is noted that they were dismissed with prejudice, as described above. It is still recommended that this civil action be remanded to the First Judicial District Court, Caddo Parish, Louisiana for lack of subject matter jurisdiction because the state court petition asserts only state law claims. The notice of removal in this civil action does not invoke diversity jurisdiction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 16th day of November, 2023.

_____
Mark L. Hornsby
U.S. Magistrate Judge