UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WHITNEY BROCK | CIVIL ACTION NO. 23-1454 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GREGG ORR ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation (Record Document 8) and the Supplement to the Report and Recommendation (Record Document 10) by the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is remanded to the First Judicial District Court, Caddo Parish, Louisiana for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 4th day of June, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE